ROBERT McCRIE v. THOMAS J. EMLEN, *as County Treasurer of Atchison County.*

The case of *Coal Co. v. Emlen*, ante, p. 117, followed.

*Error from Atchison District Court.*

Opinion by STRANG, C.: The questions in this case are identical with those in *Coal Co. v. Emlen*, ante, p. 117. That case and this were tried and submitted together, and upon the authority of that case the judgment of the district court will be reversed, with directions to the court below to allow the order of injunction.

By the Court: It is so ordered.

All the Justices concurring.